00262001.099

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| JYE TAI PRECISION INDUSTRIAL CO., LTD., | : | CASE NO: 3:04-CV-00030 |
| | : | |
| | : | Chief Magistrate Judge Michael R. Merz |
| Plaintiffs, | : | |
| | : | **DISMISSAL ENTRY** |
| vs. | : | |
| | : | |
| SHANNON PRECISION, INC., | : | |
| | : | |
| Defendant. | : | |

UPON AGREEMENT OF THE PARTIES, and all matters in controversy having been fully compromised, resolved and settled, the within action is hereby dismissed, with prejudice, with costs to be paid by the Defendant.  Defendant's counterclaims against Plaintiffs are also dismissed with prejudice.

September 27, 2005.

s/ **Michael R. Merz**
Chief United States Magistrate Judge

s/ A. Dennis Miller  (0018721)
Geoffrey M. Miller  (0075319)
Attorney for Defendant,
Shannon Precision, Inc.
Droder & Miller, Co., L.P.A.
125 West Central Parkway
Cincinnati, Ohio  45202


 s/ Robin Wolkoff
Robin Wolkoff, Esq.
Tracy Katz, Esq.
Attorneys for Plaintiffs
Fox, Hefter, Swibel, Levin & Carroll, LLP
321 North Clark Street, Suite 3300
Chicago, Illinois  60610